No. 04-02-00392-CV



In re Anthony Jerome FORD


Original Mandamus Proceeding


Arising from the 175th District Court, Bexar County, Texas 


Trial Court No. 1993-CR-2624-C-W1

Honorable Mary Roman, Judge Presiding





PER CURIAM


Sitting: Alma L. López, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 

Delivered and Filed: June 19, 2002


PETITION FOR WRIT OF MANDAMUS DENIED


 On June 4, 2002, relator filed a motion for leave to file a writ of mandamus and a petition for
writ of mandamus. The Texas Rules of Appellate Procedure no longer require a relator to ask for
leave to file a petition for writ of mandamus; therefore, relator's motion for leave is DENIED as
moot. This court has determined that relator is not entitled to the relief sought in his petition for writ
of mandamus. Therefore, the petition is DENIED. Tex. R. App. P. 52.8(a).

 PER CURIAM

DO NOT PUBLISH